```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                              CRIMINAL NO. 5:12-cr-9(DCB)(LRA)

STEPHANIE ODOMS,
HOWARD JACKSON, and
SHANDY DAVIS

### ORDER

This cause is before the Court on the United States' Motion to Amend Indictment to Correct Scrivener's Error **(docket entry 55)**. The Court, having carefully considered the motion, finds it to be well taken. Accordingly,

IT IS HEREBY ORDERED that the United States' Motion to Amend Indictment to Correct Scrivener's Error **(docket entry 55)** is GRANTED, and the United States is allowed to correct the typographical error in Counts 2 through 4 referring to "Stephanie Odoms, aided and abetted by defendants, Howard Jackson and Shandy Davis," to "Shandy Davis, aided and abetted by defendants, Howard Jackson and Stephanie Odoms."

SO ORDERED, this the 11th day of March, 2013.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE